

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Gloria Jean Donley v. Johnnie L. Payne

Appellate case number:   01-17-00451-CV

Trial court case number:  84717-CV

Trial court:             239th District Court of Brazoria County

      Appellants have filed a motion for emergency relief, seeking an order staying eviction.

      The Court asks appellee to file a response to the motion for emergency relief **by 5:00 p.m., Friday, September 22, 2017**.

      It is so ORDERED.

Judge's signature: /s/ Sherry Radack
          ☑ Acting individually     ☐ Acting for the Court

Date:  September 21, 2017